UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GURPREET SINGH SANDHU; WAYNE STEVEN HOLLAUS,<br><br>Defendants. | No. CR16-80 RSM<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATES |

The Court has considered the parties' Joint Motion to Continue Trial and Pretrial Motions Dates, along with the Joinder filed by defendant Wayne Steven Hollaus. In light of the facts and circumstances described therein, which are hereby incorporated as findings of fact,

THE COURT FINDS that a failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that the charges are serious and carry potential substantial imprisonment penalties and the case is of sufficient complexity due to the volume of discovery provided, that it is unreasonable to expect adequate preparation for

pretrial proceedings or the trial itself by the dates currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

THE COURT FURTHER FINDS that a failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for case preparation, and that these factors outweigh the best interests of the public and the Defendants in a speedy trial.

Accordingly, IT IS ORDERED that the trial shall be continued to May 22, 2023, and that the period of time from the date of the filing of the joint motion until the new trial date of May 22, 2023, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) .

Additionally, IT IS ORDERED that the pretrial motions deadline is reset to April 13, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE