The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE STEVEN HOLLAUS; GURPREET SINGH SANDHU,<br><br>　　　　　　　Defendants. | NO. CR16-00080-RSM<br><br>ORDER CONTINUING TRIAL AND PRETRIAL MOTIONS DATES |

The Court has considered the Motion to Continue Trial and Pretrial Motions filed by defendant Wayne Steven Hollaus; defendant Gurpreet Singh Sandhu does not oppose the motion. In light of the facts and circumstances described therein, which are hereby incorporated as findings of fact,

THE COURT FINDS that a failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that the charges are serious and carry potential substantial imprisonment penalties and the case is of sufficient complexity due to the volume of discovery provided, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself by the dates currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER CONTINUING TRIAL AND PRETRIAL
MOTIONS DATES – 1
[U.S. v. Hollaus, No. CR16-00080-RSM]

**Allen, Hansen, Maybrown &**
**Offenbecher, P.S.**
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681

THE COURT FURTHER FINDS that a failure to grant a continuance of the trial date and pretrial motions deadline would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

THE COURT FURTHER FINDS that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for case preparation, and that these factors outweigh the best interests of the public and the Defendants in a speedy trial.

Accordingly, IT IS ORDERED that the trial shall be continued to November 20, 2023 and that the period of time from the date of the filing of the joint motion until the new trial date of November 20, 2023, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Additionally, IT IS ORDERED that the pretrial motions deadline is reset to October 6, 2023.

DATED this 17th day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING TRIAL AND PRETRIAL
MOTIONS DATES – 2
[U.S. v. Hollaus, No. CR16-00080-RSM]

Allen, Hansen, Maybrown &
Offenbecher, P.S.
600 University Street, Suite 3020
Seattle, Washington 98101
(206) 447-9681